Kenneth Clarence SHIPP

v.

STATE

CR-12-1080

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

Patrick G. WILSON

v.

STATE

CR-12-1164

Court of Criminal Appeals of Alabama.

01/12/2015

Reversed and remanded

G.V.M.

v.

STATE

CR-12-1482

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

Lamar Montrell WILLIAMS

v.

STATE

CR-12-1564

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed